IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MILTON O. ROGERS,

    Petitioner,

v.

DIRECTOR OF SAND RIDGE SECURE
TREATMENT CENTER,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-776-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Milton O. Rogers for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for failure to prosecute.

*Peter Oppeneer*       10/4/12

Peter Oppeneer, Clerk of Court      Date