IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MILTON O. ROGERS,

     Petitioner,                    JUDGMENT IN A CIVIL CASE

v.                                Case No. 11-cv-776-wmc

DIRECTOR OF SAND RIDGE SECURE
TREATMENT CENTER,

     Respondent.

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that the petition of Milton O. Rogers for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for failure to prosecute.

_____     _____
Peter Oppeneer, Clerk of Court             Date